U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 9 2007

ROBERT H SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| DEBORAH NELSON | CIVIL ACTION NO. 07-1124 |
| versus | JUDGE DONALD E. WALTER |
| WARDEN | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Deborah Nelson's petition for writ of habeas corpus relief under 28 U.S.C. § 2254 be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies. Although Petitioner's Motion for Extension of Time [Doc. #9] is **DENIED**, Petitioner may file a new Petition after she has exhausted her state court remedies by pursuing her claims to the highest state court.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9th day of October, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE